IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERTO RAMIREZ and THOMAS IHLE, | § § § § § § § § § § § § § § § § | CASE NO. 6:14-CV-601 |
| Plaintiffs, | | |
| vs. | | |
| J.C. PENNEY CORPORATION, INC., MICHAEL DASTUGUE, JANET DHILLON, KENNETH HANNAH, MICHAEL KRAMER, RONALD JOHNSON, and MYRON E. ULLMAN, III, | | |
| Defendants. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the Unopposed Motion for Preliminary Approval of Class Action Settlement and for Related Relief (ECF 68) has been presented for consideration. The Report and Recommendation (ECF 74), filed on November 15, 2016, recommends that the motion be granted and that the Court enter the proposed order submitted by the parties granting preliminary approval of the class action settlement, preliminarily certifying a class for settlement purposes, approving the form and manner of class notice, preliminarily approving the plan of allocation and scheduling a date for a fairness hearing. No objections have been filed. After reviewing the Unopposed Motion, its supporting documents and the Magistrate Judge's findings and conclusions, this Court finds no plain error in the Magistrate Judge's Report and Recommendation and **ADOPTS** the findings and conclusions of

the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Unopposed Motion for Preliminary Approval of Class Action Settlement and for Related Relief (ECF 68) is **GRANTED**.  By separate order, the Court will enter an order preliminarily approving the class action settlement, preliminarily certifying a class for settlement purposes, approving the form and manner of class notice, preliminarily approving the plan of allocation and scheduling a date for a fairness hearing.

**So ORDERED and SIGNED this 3rd day of January, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE