IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ROBERTO RAMIREZ**, *et al*. | § § § | |
| **v.** | § § | |
| **J.C. PENNEY CORPORATION, INC.,** *et al.* | § § § § | **CIVIL ACTION NO. 6:14cv601** |

# FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. A decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the complaint is **DISMISSED** in accordance with the Final Approval Order. The Court retains jurisdiction over the Plan of Allocation to the extent necessary to ensure that it is fully and fairly implemented.

Any motion not previously ruled on is **DENIED**.

The Clerk is directed to close the case.

**SIGNED this 18th day of December, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE